Decided January 29, 2009

## TYSON HUNTER *v.* COMMISSIONER OF CORRECTION

The petitioner Tyson Hunter's petition for certification for appeal from the Appellate Court, 111 Conn. App. 905 (AC 28332), is denied.

*Anthony E. Parent*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided January 29, 2009

## STATE OF CONNECTICUT *v.* ANTHONY DEREK STEPHENS

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 473 (AC 28626), is denied.

*William B. Westcott*, in support of the petition.

*Rocco A. Chiarenza*, special deputy assistant state's attorney, in opposition.

Decided January 29, 2009